```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
WINSOME THELWELL,
                    Plaintiff,
                                            17 Civ. 5888 (DAB)
                                               ORDER
          v.

CITY OF NEW YORK, ET AL.,
                    Defendants.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of letters dated August 17 and 18, 2017. If Defendant City of New York believes that there is legal basis to dismiss the cause of action before this Court, it should move to do so within 30 days of the date of this Order. Plaintiff has 30 days thereafter to oppose Defendant's Motion. Defendant then has 20 days to reply. If not, Defendant shall answer within 30 days of the date of this Order.

SO ORDERED.

Dated:   New York, New York
         August 22, 2017

_____
Deborah A. Batts
United States District Judge