**MADUEGBUNA COOPER LLP**
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/17

November 22, 2017

**VIA ELECTRONIC FILING (ECF)**
The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Winsome Thelwell v. City of New York, et al.*
      **Docket No.: 17-cv-5888 (DAB)(AJP)**

Dear Judge Batts:

We represent the plaintiff in the above-captioned employment discrimination matter and write to respectfully request an adjournment of the initial conference, from November 30, 2017 at 10:30 AM to December 13, 15 or 20, or any other date convenient to the Court. We have conferred with Defendants, who consent with the request and are available on the proposed dates.

GRANTED
*/s/ DAB*
11/28/17

The reason for the request is that our office has a pre-trial conference set for November 30, 2017 at 9:30 AM before the Honorable Pamela K. Chen in the United States District Court, Eastern District of New York, in the matter of *Cynthia Hill, et al. v. City of New York, et al*, 13-cv-06147(PKC)(JO).

We thank the Court in advance for its consideration of this request.

Rule 16 conference rescheduled for December 21, 2017 at 10:30 am.

Respectfully Submitted,

Samuel O. Maduegbuna

SOM/clg

cc:   Kyle C. Bruno, Esq. (*via* ECF)
      *Attorneys for Defendants*

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

11/28/17