UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WINSOME THELWELL,

                     Plaintiff,

- against -

THE CITY OF NEW YORK, MINA MALIK,
and BRIAN CONNELL,

                     Defendants.
----------------------------------------------------------X

Docket No.: 17-cv-05888(DAB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears as attorney for WINSOME THELWELL, the above-named Plaintiff, and hereby demands that the Clerk of this Court and all other parties to this proceeding provide notice of and, where applicable, service of all motions, applications, orders, pleadings, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, and is delivered by hand, mail, telephone, telex, telecopy, electronic mail, or in any other manner whatsoever, to the undersigned at the address set forth below.

Dated: New York, New York
          December 13, 2017

By:   MADUEGBUNA COOPER LLP
       William W. Cowles II, Esq. (WC 2929)
       Attorney for Plaintiff,
       WINSOME THELWELL
       30 Wall Street, 8th Floor
       New York, NY 10005
       Tel.: (212) 232-0155
       Fax: (212) 232-0156
       E-mail: wcowles@mcande.com

To: Kyle Bruno, Esq.
Assistant Corporation Counsel
NEW YORK CITY LAW DEPARTMENT
Attorney for Defendants,
100 Church Street
New York, NY 10007
Tel.: (212) 788-0922
Fax: (212) 788-8877
E-mail: kbruno@law.nyc.gov