UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

WINSOME THELWELL,

                                  Plaintiff,

       – against –

THE CITY OF NEW YORK, MINA MALIK, and BRIAN CONNELL,

                                  Defendants.

-------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**

17-cv-5888 (DAB)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed with prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

Dated: ~~March~~ Feb. 21, 2019
       New York, New York

Samuel O. Maduegbuna
Maduegbuna Cooper LLP
30 Wall Street, 8th Floor
New York, New York 10005
(212) 232-0155

By: _____
     Samuel O. Maduegbuna

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
Attorney for Defendant
100 Church Street, 2-188
New York, New York 10007
(212) 356-2475

By: _____
     ~~Kyle Bruno~~ Jessica Giambrone
     Assistant Corporation Counsel